IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DERRICK FREEMAN, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 06-2259 |
| | : | |
| HSBC MORTGAGE SERVICES, et al., | : | |
|     Defendants | : | |

...o0o...

## MEMORANDUM OPINION

Plaintiff, Derrick Freeman, acting pro se, filed this action against "HSBC Mortgage Services," Crevecor Mortgage, Inc., and "Beltway Title." It appears that "HSBC Mortgage Services" has not been served with process as no appearance has been entered on behalf of any such entity, and no return of service is in the record. The remaining defendants have moved pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss for failure to state a claim.

In fact, the nature of plaintiff's claims is elusive, to say the least. It appears that plaintiff purchased a home sometime early in 2006 and that the defendants played some role. The gravamen of the plaintiff's claims appears to be the alleged unenforceability of the mortgage note, but for reasons that defy comprehension. This is true even though plaintiff has now filed an amended complaint.

Under the circumstances, the motions to dismiss shall be granted without prejudice. The claims against defendant "HSBC Mortgage Services" shall be dismissed pursuant to Fed.R.Civ.P. 4(m) for lack of service. An order follows.

Filed: January 26, 2007            ___/s/_____
                                                                 ANDRE M. DAVIS
                                                                 United States District Judge